EVELINA GENTRY (SBN 296796)
evelina.gentry@akerman.com
**AKERMAN LLP**
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: 213.688.9500
Facsimile: 213.627.6342

ELLIOT STRADER
admitted *pro hac vice*
elliot.strader@akerman.com
XAKEMA HENDERSON
admitted *pro hac vice*
xakema.henderson@akerman.com
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339
*Attorneys for Defendant*
*AMERICAN AIRLINES, INC.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WEISKIRCHER and ANNETTE WEISKIRCHER,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No. 2:19-CV-2582-JAM-KJN<br><br>Magistrate Judge Kendall J. Newman<br><br>**DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF MOTION FOR SANCTIONS**<br><br>Date: February 11, 2021<br>Time: 10:00 a.m.<br>Dept.: Courtroom 25<br><br>Complaint Filed: August 2, 2019 |

**DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF MOTION FOR SANCTIONS**

**TO THE COURT, THE PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 37 and 41; Local Rules 110, 230, and 251; and this Court's Order on Motion to Compel & Order to Show Cause [ECF No. 23], on February 11, 2021 at 10:00 a.m., before Magistrate Judge Kendall J. Newman, in Courtroom 25 of the above-stated Court, located at 501 I Street in Sacramento, California 95814, Defendant American Airlines, Inc. ("American") will and does move this Court for an order: (1) requiring Plaintiffs to pay American's attorneys' fees and costs related to its Motion to Compel [ECF No. 19]; (2) striking Plaintiffs' Complaint, and (3) dismissing this action with prejudice based on the grounds set forth in the motion that follows.

**Conferral statement:** Because the Motion is submitted in connection with L.R. 251 and seeks the imposition of sanctions pursuant to that rule, the conferral requirement does not apply to Defendant's herein requested relief.

DATED: December 30, 2020         **AKERMAN LLP**

By: */s/ Evelina Gentry*
    Elliot Strader
    Evelina Gentry
    Xakema Henderson
    **Attorneys for Defendant**
    **AMERICAN AIRLINES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2020, a copy of the foregoing was served on all counsel of record via the CM/ECF system.

*/s/ Evelina Gentry*
Evelina Gentry