1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

13
14
15
16
17
18

| NATHANIEL WEISKIRCHER and ANNETTE WEISKIRCHER, | Case No. 2:19-CV-2582-JAM-KJN |
|---|---|
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL DEADLINES AND TRIAL SETTING** |
| AMERICAN AIRLINES, INC., | |
| Defendant. | |

19
20
21
22
23
24
25
26
27
28

1
**ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL DEADLINES AND TRIAL SETTING**

Before the Court is the parties' Stipulation to Continue Pretrial Deadlines and Trial Setting ("Stipulation"). The Court hereby makes the Stipulation an Order of the Court. It is HEREBY ORDERED that:

1. Trial is continued from a four-day trial beginning September 13, 2021 at 9:00 a.m. to a four-day trial beginning August 29, 2022 at 9:00 a.m.
2. The Scheduling Order in this matter (D.E. #18) is modified as follows:

| | |
|---|---|
| November 30, 2021 | Deadline for the parties to disclose expert witness report pursuant to FRCP 26(a)(2) |
| January 10, 2022 | Deadline for parties to disclose supplemental expert witness reports and any rebuttal expert reports pursuant to FRCP 26(a)(2)(c) |
| February 22, 2022 | Deadline to file joint mid-litigation statement |
| March 8, 2022 | Deadline to complete all fact discovery |
| April 15, 2022 | Deadline to file summary judgment motions |
| June 7, 2022 at 1:30 p.m. | Dispositive motion hearing |
| May 13, 2022 | Deadline to have summary judgment motions heard |
| July 15, 2022 at 11:00 a.m. | Pre-trial Conference |

3. Unless expressly modified herein, the parties shall otherwise comply with the Scheduling Order.

IT IS SO ORDERED.

DATED: June 11, 2021           /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE