EVELINA GENTRY (SBN 296796)
evelina.gentry@akerman.com
**AKERMAN LLP**
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: 213.688.9500
Facsimile: 213.627.6342

ELLIOT STRADER
admitted *pro hac vice*
elliot.strader@akerman.com
XAKEMA HENDERSON
admitted *pro hac vice*
xakema.henderson@akerman.com
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339
*Attorneys for Defendant*
*AMERICAN AIRLINES, INC.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WEISKIRCHER and ANNETTE WEISKIRCHER,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No. 2:19-CV-2582-JAM-KJN<br><br>**ORDER GRANTING SECOND STIPULATION TO CONTINUE PRETRIAL DEADLINES AND TRIAL SETTING** |

Before the Court is the parties' Second Stipulation to Continue Pretrial Deadlines and Trial Setting ("Stipulation"). The Court hereby makes the Stipulation an Order of the Court.  It is **HEREBY ORDERED** that:

1. Trial is continued from August 29, 2022, at 9:00 a.m. to January 23, 2023, at 9:00 a.m.

1

**ORDER**

2. The Scheduling Order in this matter (D.E. #46) is modified as follows:

| | |
|---|---|
| October 14, 2022 | Deadline to file joint mid-litigation statement |
| October 28, 2022 | Deadline to complete all discovery |
| December 9, 2022 at 10:00 a.m. | Pre-trial Conference |

3. Unless expressly modified herein, the parties shall otherwise comply with the Scheduling Order.

IT IS SO ORDERED.

DATED:  May 10, 2022                    /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT JUDGE