UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WEISKIRCHER and ANNETTE WEISKIRCHER,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., PROSPECT AIRPORT SERVICES, INC., and DOES 1 through 100,<br><br>Defendants. | No. 2:19-cv-2582-JAM-KJN<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL AND EXPERT DISCOVERY DEADLINE AND ESTABLISH DEADLINE TO MEDIATE** |

Before the Court is the parties' Joint Motion to Continue Trial and Expert Discovery Deadline and Establish Deadline to Mediate. The Court hereby makes the Order of the Court. It is HEREBY ORDERED that:

1. Trial is continued from a four-day trial beginning January 23, 2023, at 9 a.m. to a four-day trial beginning August 7, 2023, at 9:00 a.m.

2. The Scheduling Order in this matter is modified as follows:

| January 13, 2023 | Joint mid-litigation statement filing deadline. |
|---|---|
| January 27, 2023 | Discovery cut-off. |

| | |
|---|---|
| March 10, 2023 | Dispositive motion filing deadline. |
| May 9, 2023, at 1:30 p.m. | Dispositive motion hearing. |
| June 23, 2023, at 10:00 a.m. | Final pre-trial conference. |

3. Unless expressly modified herein, the parties shall otherwise comply with the Scheduling Order.

IT IS SO ORDERED.


DATED: October 28, 2022                    /s/ John A. Mendez
                                                            THE HONORABLE JOHN A. MENDEZ
                                                            SENIOR UNITED STATES DISTRICT JUDGE