**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHANIEL WEISKIRCHER and ANNETTE WEISKIRCHER,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No. 2:19-CV-2582-JAM-KJN<br><br>**ORDER GRANTING JOINT AMENDED STIPULATION TO CONTINUE TRIAL AND CERTAIN PRETRIAL DEADLINES** |

Before the Court is the parties' Joint Amended Stipulation to Continue Trial and Certain Pretrial Deadlines ("Stipulation"). Good cause appearing, the Court, therefore, grants the Stipulation and enters the following Order. **IT IS HEREBY ORDERED** that:

1. Trial is continued from August 7, 2023, at 9:00 a.m. to **March 11, 2024, at 9:00 a.m.**

2. The Scheduling Order in this matter (D.E. #59) and Minute Order (D.E. #61) is modified as follows:

| DATE | ACTION ITEM |
|---|---|
| **September 22, 2023** | Dispositive motion deadline |
| **November 28, 2023, at 1:30 p.m.** | Dispositive Motion Hearing |
| October 31, 2023 | Deadline to file joint mid-litigation statement |
| November 14, 2023 | Deadline to complete all discovery |
| December 14, 2023 | Deadline to mediate |
| **January 26, 2024, at 10:00 a.m.** | Pre-trial Conference |

3. Unless expressly modified herein, the parties shall otherwise comply with the Scheduling Order.

**IT IS SO ORDERED.**

Dated: March 20, 2023         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE