Robert Heintz (SBN 152277)
LAW OFFICE OF ROBERT HEINTZ
6121 Oak Avenue
Carmichael, CA 95608
Tel: 916.486.1147

Robin J. Smith (SBN 145899)
R.J. SMITH LAW OFFICE
P.O. Box 698
Roseville, CA 95661
Tel: 916.437.4301
Fax: 916.437.4302
rsmith@rjsmithlawoffice.com

Attorney for Plaintiffs
NATHANIEL WEISKIRCHER
and ANNETTE WEISKIRCHER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WEISKIRCHER and ANNETTE WEISKIRCHER,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | No. 2:19-cv-2582-JAM-KJN<br><br>**JOINT STIPULATION TO CONTINUE TRIAL AND CERTAIN PRETRIAL DEADLINES** |

The parties jointly stipulate to extend the trial date and certain pretrial deadlines as set forth below. This request is based on the following facts, to which the parties hereto stipulate and agree:

1. Plaintiffs filed this action in August 2019 in the Superior Court of California. Defendant removed the action to this Court in December 2019. Plaintiffs' original attorney became ill, and his illness caused a significant delay in discovery. Plaintiffs consented to the association of current counsel, and the parties got the case back on track. Trial was rescheduled to September 13, 2021. Trial was subsequently rescheduled four more times, with trial being most recently set for March 11, 2024. The

resetting shave been a result of delays caused by the above issue with counsel and also because of plaintiff Nathaniel Weiskircher's ongoing health needs, which are, in part, at issue in this lawsuit, and which is necessitating this stipulation for an additional continuance.

2. The parties have nonetheless been diligent in litigating and defending this suit, including through, for example, both of plaintiffs' deposition, depositions of four of Mr. Weiskircher's treating physicians, and the exchange of expert and rebuttal expert reports. Defendant also moved for plaintiff Annette Weiskircher to be dismissed, which this Court granted. Additionally, the parties have agreed to mediate this action on January 17, 2024.

3. Because Mr. Weiskircher had hip surgery in December 2022 and shoulder surgery on February 9, 2023, the parties agreed it was necessary to postpone the experts' depositions given Mr. Weiskircher's then-anticipated surgeries and corresponding treatment. Specifically, Mr. Weiskircher's hip surgery required him to be bedridden for the first four weeks after his surgery, and he is still in recovery from that surgery. (As previously mentioned to the Court, Plaintiff has spina bifida and has relied on a wheelchair for almost thirty years, which complicates surgeries and increases recovery time.) Because Mr. Weiskircher would not be fully recovered by the January 2023 trial setting, the parties agreed to continue trial to August 2023 (D.E. #59) and to extend the discovery deadline to May 9, 2023 (D.E. # 61).

4. Because Mr. Weiskircher was still recovering from his February shoulder surgery,his doctor opined that Mr. Weiskircher would not be able to load-bear on the shoulder until June 1, 2023 at the earliest, and he relies on shoulder bearing to transfer to and from his wheelchair. Accordingly, his occupational and physical therapies had to progress slowly, which, in turn, extended the window of time that it would take to determine the degree to which the surgery was a success. This four-month recovery time (February to June) contributed to the parties' request to continue the discovery deadline and trial from August 2023 to March 2024.

5. Mr. Weiskircher contends the incident underlying this action caused him to need the hip and shoulder surgeries. Defendant, however, disputes both liability and causation. Thus, because the need for the surgeries is at issue in this suit, the parties' experts must opine on the cause for and necessity of Mr. Weiskircher's surgeries and his post-surgery conditions, which were expected to be known towards the end of 2023, and Mr. Weiskircher may need to be deposed about these issues. Accordingly, the parties had to further postpone expert discovery in anticipation of potentially serving supplemental expert reports to address Mr. Weiskircher's recent surgeries and subsequent treatment, including the corresponding costs. For efficiency's sake, the parties agreed no experts should be deposed until at least the end of 2023, necessitating the extension of the discovery deadlines and trial setting.

6. Then, in December 2023, Mr. Weiskircher was scheduled to have a necessary heart surgery, which he does not contend is related to the issues in this suit. Due to an infection he developed, his surgeon had to postpone the surgery until January 23, 2024. According to his physicians, the surgery has a minimum three-month recovery period, during which Mr. Weiskircher will be bedridden and housebound. He will therefore not be available to attend trial until April 23, 2024 at the earliest.

7. Under Rule 3.1332(c)(2), the unavailability of a party because of illness or other excusable circumstances is an affirmative showing of good cause requiring a continuance.

8. Accordingly, good cause exists for the Court to extend trial to allow Mr. Weiskircher to recover from his required heart surgery and thereafter be present during trial, and in the interim, the parties will mediate and conduct expert depositions.

9. The parties therefore stipulate and agree to extend the following pretrial dates and continue trial as set forth below:

| DATE | ACTION ITEM |
|---|---|
| March 1, 2024 | Plaintiff's supplemental expert witness disclosures |
| March 22, 2024 | Defendant's supplemental expert witness disclosures |
| May 10, 2024 | Deadline to file joint mid-litigation statement |
| May 24, 2024 | Deadline to complete all discovery |
| September __, 2024 at ____ a.m. | Pre-trial Conference |
| September 23, 2024 at 9:00 a.m. | Jury/bench trial |

8. A proposed order refecting the modified dates is filled concurrently herewith.

**IT IS SO STIPULATED.**

Dated: January 12, 2024

**R.J. SMITH LAW OFFICE**

By:*/s/ Robin J. Smith*
   Robin J. Smith
   R.J. SMITH LAW OFFICE
   P.O. Box 698
   Roseville, California 95661
   Telephone: 916.437.4301

   Robert Heintz
   robert-heintz@heintzlaw.net
   LAW OFFICE OF ROBERT HEINTZ
   6121 Oak Ave.
   Carmichael, California 95608
   Telephone: 916.486.1147
   *Attorneys for Plaintiffs*

**AKERMAN LLP**

By: */s/ Evelina Gentry*
   Evelina Gentry
   evelina.gentry@akerman.com
   601 West Fifth Street, Suite 300
   Los Angeles, California 90071
   Telephone: 213.688.9500

   Elliot Strader *admitted pro hac vice*
   elliot.strader@akerman.com
   Xakema Henderson *admitted pro hac vice*
   xakema.henderson@akerman.com
   2001 Ross Avenue, Suite 3600
   Dallas, Texas 75201
   Telephone: 214.720.4300
   *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, a copy of the foregoing document was served on all counsel of record via the CM/ECF system.

Robin J. Smith (SBN 145899)
R.J. SMITH LAW OFFICE
P.O. Box 698
Roseville, CA 95661
Tel: 916.437.4301
Fax: 916.437.4302
rsmith@rjsmithlawoffice.com

Robert Heintz (SBN 152277)
LAW OFFICE OF ROBERT HEINTZ
6121 Oak Avenue
Carmichael, CA 95608
Tel: 916.486.1147

*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　*/s/ Evelina Gentry*
　　　　　　　　　　　　　　　Evelina Gentry

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WEISKIRCHER and ANNETTE WEISKIRCHER,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No. 2:19-cv-2582-JAM-KJN<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND CERTAIN PRETRIAL DEADLINES (ECF 76)** |

Before the Court is the parties' Stipulation to Continue Trial and Certain Pretrial Deadlines ("Stipulation"). Good cause appearing, the Court, therefore, **GRANTS** the Stipulation and enters the following Order. **IT IS HEREBY ORDERED** that:

1. Trial is **CONTINUED** from March 11, 2024, at 9:00 a.m., to **July 29, 2024, at 9:00 a.m.**

2. The Scheduling Order in this matter (D.E. #63) and Minute Order (D.E. #75) are **MODIFIED** as follows:

| DATE | ACTION ITEM |
|---|---|
| **March 1, 2024** | Plaintiff's supplemental expert witness disclosures |
| **March 22, 2024** | Defendant's supplemental expert witness disclosures |
| **May 10, 2024** | Deadline to file joint mid-litigation statement |
| **May 24, 2024** | Deadline to complete all discovery |
| **Friday, June 14, 2024 at 10:00 a.m.** | Final Pretrial Conference |
| **Monday, July 29, 2024 at 9:00 a.m.** | Jury/bench trial |

3. Unless expressly modified herein, the parties shall otherwise comply with the Scheduling Order.

**IT IS SO ORDERED.**

Dated: January 16, 2024            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE